UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

John Flam

                              Plaintiff,

v.                                                Case No.: 1:17−cv−00972

                                                        Honorable John Robert Blakey

Girl Scouts of Greater Chicago and Northwest Indiana

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 8, 2017:

      MINUTE entry before the Honorable John Robert Blakey:This case has been assigned to the calendar of the Honorable John Robert Blakey. An initial status conference is set for 4/13/2017 at 9:45 a.m. in Courtroom 1725. The parties are advised to review and strictly comply with the Court's standing order concerning initial status conferences and the filing of the initial status report (which, in this case, will be due no later than 4/3/2017). The standing order and the template for the initial status report are available on the Court's homepage at www.ilnd.uscourts.gov. Compliance with this standing order, and all of the Court's standing orders, is expected and required. By way of preliminary information, the Court expects attorneys to appear at all set dates. If an attorney has a conflict with a set date, the attorney must notify Judge Blakey's Courtroom Deputy, Gloria Lewis, at (312) 818−6699. If appropriate, the Court will then reset the matter. Advising opposing counsel of a conflict is not a substitute for communicating with the Court. Attorneys who fail to appear and fail to notify the Courtroom Deputy of any conflict may be subject to sanctions. Additionally, the parties are strongly encouraged to consider consenting to proceed before the assigned United States Magistrate Judge. Should the parties elect to do so, they should notify Mrs. Lewis, and the case will be reassigned upon receipt of the signed consent form. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.