# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| John Flam, Individually and on Behalf of all similarly situated persons, known and unknown, ) ) ) | |
| Plaintiffs, ) | Case No. 17 cv 00972 |
| ) v. ) | (JURY TRIAL DEMANDED) |
| ) Girl Scouts of Greater Chicago and Northwest Indiana, ) an Illinois not-for-profit corporation, ) ) | |
| Defendant. ) | |

## AGREED MOTION TO VOLUNTARILY DISMISS

Now comes the Plaintiff, John Flam, by his attorneys Teresa A. Minnich, L. Steven Platt, and Vincent Borst of Robbins Salomon & Patt, Ltd., and moves the Court to voluntarily dismiss the above titled case, with prejudice, and without awarding either party attorneys' fees and costs; and in support thereof, states:

1. The parties have negotiated a settlement of the above referenced matter.

2. Defendant has no objection to this motion.

WHEREFORE, the Plaintiff, John Flam, by his attorneys Teresa A. Minnich, L. Steven Platt, and Vincent Borst of Robbins Salomon & Patt, Ltd., moves the Court to dismiss the above-entitled case with prejudice and without awarding either party attorneys' fees and costs.

JOHN FLAM

By: s/Teresa A. Minnich
Attorney for the Plaintiff

L. Steven Platt (ARDC #: 3122005)
Vincent Borst (ARDC #: 6192904)
Teresa A. Minnich (ARDC #: 6299526)
Robbins Saloon & Patt, Ltd.
180 N. LaSalle St., Ste. 3300
Chicago, IL 60601
T: 312/782-9000
F: 312/782-6690
E: lsplatt@rsplaw.com
   vborst@rsplaw.com
   tminnich@rsplaw.com